UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICIA NEWELL, )<br>)<br>Plaintiff(s), )<br>)<br>vs )<br>)<br>WAL-MART STORES, INC. , et al. )<br>)<br>Defendant(s). )<br>) | Case # 2:13-CV-123-JAD-NJK<br><br>ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE |

This case is currently stacked on the Trial Calendar of **Tuesday, July 14, 2015,** for a Jury Trial.

**IT IS ORDERED** that this case is hereby referred to Magistrate Judge **Nancy J. Koppe** for a settlement conference.

DATED this 18th day of September, 2014.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE