1  Brenda Entzminger
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

                        UNITED STATES DISTRICT COURT
7
                              DISTRICT OF NEVADA
8

9  PATRICIA NEWELL,                          Case No.: 2:13-cv-0123-JCM-NJK

10                Plaintiff,                 **STIPULATION AND ORDER FOR**
                                             **DISMISSAL WITH PREJUDICE**
11 v.

12 WAL-MART STORES, INC., and DOES 1
   through 100, and ROE CORPORATIONS 101
13 through 200,

14                Defendants.

15        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

16 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

- 1 -

1 | party's own costs and attorney's fees.

2 | DATED this 17th day of Dec, 2014     DATED this 13rd day of Jan, 2014

3 | **CHRISTIANSEN LAW OFFICES**     **PHILLIPS, SPALLAS & ANGSTADT**

Todd Terry
Christiansen Law Offices
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Patricia Newell*

Brenda Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED January 29, 2015.

_____
UNITED STATES DISTRICT JUDGE